**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>John Locapo</u>

  v.          Civil No. 08-cv-414-JL

<u>Brian Colsia,</u>
<u>MAK Investments, LLC, and</u>
<u>Starter title Services</u>

### O R D E R

The amount in controversy exceeds $75,000.00. Plaintiff and defendants are residents of different states. The court has subject matter jurisdiction. LR 4.3(d)(1)(A).

 **SO ORDERED.**

            _____
            James R. Muirhead
            United States Magistrate Judge

Date: October 8, 2008

cc: John Locapo, pro se