UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Locapo</u>

    v.                         Civil No. 08-cv-00414-JL

<u>Brian Colasia</u>

**O R D E R**

The plaintiff's pro se motion for preliminary injunction (document no. 14) is denied without prejudice as procedurally improper. "A district court enjoys wide latitude in managing its docket and can require represented parties to present motions through counsel." <u>United States v. Tracy</u>, 989 F.2d 1279, 1286 (1st Cir. 1993), <u>cert. denied</u>, 513 U.S. 1031 (1994). The court will accept no further pro se filings by the plaintiff. Plaintiff's counsel is directed to make, under her signature and all that entails under Rule 11, all future filings with the court. The same ruling is made as to the motion for oral argument (document #15), although the court notes that it holds oral argument on all dispositive motions.

    **SO ORDERED.**

                                                /s/ Joe Laplante
                                                Joseph N. Laplante
                                                United States District Judge

Dated:    March 6, 2009

cc:  Mary Notaris, Esq.
     Joseph A. Foster, Esq.
     Kenneth D. Murphy, Esq.
     John Locapo